**PHILLIPS DAYES**
LAW FIRM
*A Professional Corporation*

3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
docket@phillipsdayeslaw.com
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
PRESTON K. FLOOD, No. 032764
(602) 288-1610 ext. 432
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Nawwar Alo, individually; and Haifaa Ibrahim, individually, and as husband and wife,<br><br>Plaintiff,<br><br>vs.<br><br>Anthem Senior Living, LLC, an Arizona corporation; Cheryl Ables and Samuel Ile, husband and wife,<br><br>Defendant. | Case No.: 2:15-CV-02207-JWS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through counsel undersigned, hereby stipulate and agree to dismiss this matter with prejudice with each party to bear their own costs and attorneys' fees.

Dated: January 31, 2017        Respectfully submitted,

**PHILLIPS DAYES LAW FIRM PC**

By: /s/ Sean C. Davis
    Trey Dayes
    Sean C. Davis
    Preston K. Flood
    Attorney for Plaintiffs

**AIKEN SCHENK HAWKINS &RICCIARDI P.C.**

By: /s/ Michael J. Petitti, Jr. (*with permission*)
Michael J. Pettiti, Jr.

Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF Registrant:

Michael J. Petitti, Jr. – Az. Bar No. 011667
Erin A. Hertzog – Az. Bar No. 030770
AIKEN SCHENK HAWKINS &RICCIARDI P.C.
2390 East Camelback Road, Suite 400
Phoenix, Arizona 85016
Telephone: (602) 248-8203
Facsimile: (602) 248-8840
E-Mail: mjp@ashrlaw.com
E-Mail: eah@ashrlaw.com

By: /s/Sean C. Davis
Sean C. Davis