UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| NAWWAR ALO, *et al*. | v. | ANTHEM SENIOR LIVING, LLC, *et al*. |
| HONORABLE JOHN W. SEDWICK | | 2:15-cv-02207-JWS |
| ORDER FROM CHAMBERS | | February 6, 2017 |

_____

    The parties stipulation for dismissal with prejudice, each side to bear its own costs and fees, is effective without an order from the court.  Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Clerk will please close this file.

_____